# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JEFFERSON LA BREA D&J PROPERTIES, LLC, <br>    Debtor. | 2:24-cv-10963-DSF <br><br> Bk. No. 2:22-bk-14481-VZ <br><br> JUDGMENT |

The order of the bankruptcy Court is AFFIRMED.

Date:  June 10, 2025

_____
The Honorable Dale S. Fischer
United States District Judge